**Mary B. WILLIAMS, Petitioner, v. Guy T. HELVERING, Commissioner of Internal Revenue, Respondent.**

No. 13.

Circuit Court of Appeals, Second Circuit.

Oct. 27, 1941.

John T. McGovern, of New York City, for petitioner.

Carleton Fox, Sp. Asst. to Atty. Gen., for respondent.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed.

**O. E. BARNES v. UNITED STATES of America.**

No. 2349.

Circuit Court of Appeals, Tenth Circuit.

Oct. 27, 1941.

David Tant, of Oklahoma City, Okl., for appellant.

Everett M. Grantham, U. S. Atty., of Santa Fe, N. M., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellee, for failure diligently to prosecute.

**O. E. BARNES, alias R. R. Barnes, v. UNITED STATES of America.**

No. 2350.

Circuit Court of Appeals, Tenth Circuit.

Oct. 27, 1941.

David Tant, of Oklahoma City, Okl., for appellant.

Everett M. Grantham, U. S. Atty., of Santa Fe, N. M., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellee, for failure diligently to prosecute.

**CENTRAL PRODUCE COMPANY, Appellant, v. COMMERCIAL STANDARD INSURANCE COMPANY, Appellee.**

No. 8673.

Circuit Court of Appeals, Sixth Circuit.

Oct. 17, 1941.

E. D. Jackson, of Nashville, Tenn., for appellant.

Cate & Cate and John M. Cate, all of Nashville, Tenn., for appellee.

Before SIMONS, ALLEN, and McALLISTER, Circuit Judges.

PER CURIAM.

Upon consideration of briefs, record, and argument in the above cause, the declaratory judgment below is affirmed upon the findings of fact and conclusions of law announced by the District Judge.

**GRAY PROCESSES CORPORATION, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 7810.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 20, 1941.

Decided Oct. 20, 1941.

B. H. Bartholow, of New York City (Irving H. Bull, Roswell Magill, W. G. Dun-